IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM KIRKPATRICK, JR., | ) | No. C 10-4067 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| VINCENT S. CULLEN, Warden, | ) | |
| Defendant. | ) | |

Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. On September 10, 2010, the same day the complaint was filed, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. Plaintiff has neither paid the filing fee nor filed an IFP application within the allotted time, nor has he explained his failure to do so. Accordingly, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: November 30, 2010

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KIRKPATRICK JR,

    Plaintiff,

  v.

VINCENT S CULLEN et al,

    Defendant.

Case Number: CV10-04067 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Kirkpatrick
C91406
San Quentin State Prison
San Quentin, CA 94964

Dated: November 30, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk